## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10-cr-00346-LSC-FG3 |
| | ) | |
| MANUEL SANTOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Joint Motion to Continue Trial (#34). All parties require additional time to complete plea negotiations. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial (#34) is granted, as follows:

1.   The jury trial now set for January 4, 2011 is continued to **January 18, 2011.**

2.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 4, 2011 and January 18, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 28, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge